FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0122

_____

IN THE MATTER OF:

R.R.S., and A.D.S.,                                                    O R D E R

       Youths in Need of Care.


_____


       Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

       The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jon A. Oldenburg, District Judge.

For the Court,

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 3 2020